**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 173 EAL 2017
:
             Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
ERICA WILLIAMS, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.